IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GRACE JANSEN, AND (2) NICK JANSEN, INDIVIDUALS,<br><br>Plaintiff,<br><br>vs.<br><br>(3) BORDERLANDERS, INC., AND (4) KHUSAN ABDUKHAKIMOV, AND (5) JOHN DOE, AND (6) JANE DOE<br><br>Defendants. | Civil Action No. 4:22-cv-00171-TCK-CDL |

## INDEX OF DOCUMENTS FILED IN STATE COURT

Pursuant to LCvR81-2 Defendants Borderlanders, Inc. and Khusan Abdukhakimov (collectively, "Defendants") files this Index of Documents Filed in State Court, as of the date Defendants filed their Notice of Removal.

| NO. | DOCUMENT FILED | DATE FILED |
|---|---|---|
| B | Docket Sheet | 03.02.2022 |
| C | Petition | 03.02.2022 |
| D | Return Summons (Cert Mail) Delivered to Borderlanders, Inc. 03.14.2022 | 03.24.2022 |
| E | Return Summons (Cert Mail) Delivered to Khusan Abdukhakimov 03.12.2022 | 03.24.2022 |
| F | Notice of Appearance (Stephani R. Johnson for Defendants) | 04.06.2022 |
| G | Defendant Borderlanders, Inc.'s Answer to Plaintiff's Original Petition | 04.06.2022 |
| H | Defendant Khusan Abdukhakmov's Answer and Affirmative Defenses to Plaintiff's Original Petition | 04.06.2022 |

# EXHIBIT A

Respectfully submitted,

*/s/Stephani Johnson*
Stephani R. Johnson, OBA #31773
stephani.johnson@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202
(214) 698-8000 – telephone
(214) 698-1101 - telecopier

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been forwarded to all parties and counsel of record on this 8th day of April, 2022 pursuant to the Federal Rules of Civil Procedure.

Samuel T. Perrine
John Paul Truskett
Truskett Law Firm, PLLC
2921 East 91st Street South, Suite 100
Tulsa, Oklahoma 74137

*/s/Stephani Johnson*
STEPHANI R. JOHNSON